UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR07-105 RSL |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| OLAF LACY TWEEDIE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

    Count 1: False Statement in violation of 18 U.S.C. § 1001.

    Count 2 & 3: Social Security Number Fraud in violation of 42 U.S.C. § 408(a)(7)(B).

<u>Date of Detention Hearing</u>:   September 17, 2007.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant has minimal contacts in the Western District of Washington or to this community.

(2)   Defendant has a substantial history of failures to appear.

(3)   Defendant has a history of failures to comply with Court Orders, indicating an unwillingness or inability to comply with terms of supervision.

(4)   Defendant is associated with twenty (20) alias names, ten (10) dates of birth, and ten (10) social security numbers.

(5)   Defendant is considered a risk flight.

(6)   There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight.

IT IS THEREFORE ORDERED:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of September, 2007.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge