1
2
3            **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**
4
5   **UNITED STATES OF AMERICA,**
6                                                  **CR 07-0105RS.**
              **Plaintiff,**
7                                                  **INITIAL ORDER RE: ALLEGATIONS**
        **v.**                                     **OF VIOLATION OF CONDITIONS**
8                                                  **OF SUPERVISION BY UNITED**
    **OLAF TWEEDIE,**                              **STATES PROBATION OFFICE**
9
              **Defendant.**
10
11
12  **THIS MATTER comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.**
13
    **The plaintiff appears through Special/Assistant United States Attorney, MATTHEW THOMAS;**
14  **The defendant appears personally and represented by counsel, LINDA SULLIVAN;**
15  **The Court having advised the defendant of the allegations in the Petition(s) filed by the U.S. Probation Office; the defendant having been advised of the maximum potential sanction if the allegation(s) is/are**
16  **substantiated; and the court finding probable cause with regard to the alleged violation(s);**
17  **The matter is scheduled for hearing before the Honorable ROBERT S. LASNIK.**

                    **Date:        MAY 29, 2008.**
18
                    **Time:        1:30 P.M.**
19  **(  ) Defendant is released pending the above scheduled hearing.**

20  **( X )  Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered**
21  **by the court for further proceedings.**
22
    **The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant,**
23  **the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

                                                  **May 19, 2008**
24
25
                                                   */s/ J. Kelley Arnold*
26                                                **J. Kelley Arnold, U.S. Magistrate Judge**
27
28

ORDER
Page - 1