UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>OLAF TWEEDIE,<br><br>            Defendant. | Case No. CR07-105-RSL<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 17, 2009. The United States was represented by Assistant United States Attorney Susan Loitz, and the defendant by Jay Stansell.

The defendant had been charged and convicted of False Statement, in violation of 18 U.S.C. § 1001. On or about January 10, 2008 defendant was sentenced by the Honorable Robert S. Lasnik, to a term of five (5) months in custody, to be followed by three (3) years of supervised release.

On or about June 12, 2008, defendant's supervised released was revoked for failing to serve the 150-day term of his placement in a residential reentry center as ordered by his special conditions. Defendant was sentenced to twenty-four (24) days in custody with credit for time served, to be followed by thirty-five (35) months of supervised released.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and

mental health programs, financial disclosure, $12,885.84 restitution, $100 SPA, and search and seizure.

In a Petition for Warrant or Summons, dated June 22, 2009, U.S. Probation Officer Mark K. Okano asserted the following violations by defendant of the conditions of his supervised release:

(1) Using cocaine on or about April 29, 2009, in violation of standard condition #7.

(2) Failing to report for in-patient drug treatment as directed by the U.S. Probation Officer on May 27, 2009.

(3) Using cocaine on or about June 4, 2009, in violation of standard condition #7.

The defendant was advised of his rights, acknowledged those rights, and admitted to the alleged violations 1 and 3. Defendant further admitted to violation 2 as modified:

(2) Failing to report for an intake in-patient drug treatment as directed by the U.S. Probation Officer on May 27, 2009.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Robert S. Lasnik on February 10, 2010 at 8:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 17th day of November, 2009.

*James P. Donohue*
───────────────────────
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Ms. Susan Loitz
Defendant's attorney: Mr. Jay Stansell
Probation officer: Mr. Mark K. Okano

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3